Michael A. Urban, OSB No. 165563
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, | CASE NO: 3:20-cv-01629-BR |
|---|---|
| Plaintiffs, | |
| v. | **DEFAULT JUDGMENT** |
| ALL CITY GLASS OF OREGON LLC, an Oregon Limited Liability Company; and DOUGLAS T. WELLS, an individual, | |
| Defendants. | |

An order of default was entered against defendants who have not instituted any proceedings since entry thereof. Plaintiffs have filed motion for default judgment with supporting declarations which the Court has reviewed.

NOW, THEREFORE, pursuant to FRCP 55(b),

IT IS HEREBY ADJUGED that, on the **First Claim for Relief,** that Plaintiffs recover the following amounts from Defendants: EPT contributions in the amount of $9,286.08, liquidated damages in the amount of $500.00, interest in the amount of $499.32 as of January 12, 2021 and attorney's fees and costs in the amount of $5,426.25.

IT IS HEREBY ADJUGED that, on the **Second Claim for Relief**, that Plaintiffs recover damages under 29 USC 1132(g)(2) and 29 U.S.C. § 1145, as described above.

IT IS HEREBY ADJUGED that, the Trust Funds recover Defendant ALL CITY's liability under the CBA, Trust Agreements, and 29 U.S.C. 1132(g)(2) for the Plaintiff's attorney's fees and costs incurred.

IT IS HEREBY ADJUGED that, on the **Third Claim for Relief**, that Plaintiffs receive order compelling Defendant ALL CITY to submit their payroll and related records to EPT for completion of an audit.

IT IS HEREBY ADJUGED that, on the **Fourth Claim for Relief,** that EPT recover unpaid contributions, liquidated damages, interest, and attorney's fees and costs from Defendant WELLS, in the same amount EPT may recover from Defendant ALL CITY, as described above.

IT IS HEREBY ADJUGED that, that upon entry of judgment, the Plaintiffs are entitled to post-judgment interest at the highest rate allowed by law. The amount of such interest will be established by proof at trial or through dispositive motion.

For all further relief the court may deem just and proper.


SO ORDERED AND ADJUGED this 14th day of January, 2021.


/s/ Anna J. Brown
_____
UNITED STATES SENIOR DISTRICT JUDGE


Presented by:

**THE URBAN LAW FIRM**
*/s/ Michael A. Urban*
_____
Michael A. Urban, OSB No. 165563
4270 Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
P. (702) 968-8087; F. (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs*