UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, | Case Number 3:20-cv-01629-BR |
| Plaintiffs, | WRIT OF EXECUTION |
| v. | |
| ALL CITY GLASS OF OREGON LLC, an Oregon Limited Liability Company; and DOUGLAS T. WELLS, an individual, | |
| Defendants. | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF OREGON/SHERIFF/CONSTABLE:

On __1/14/21__, a Judgment was entered in the docket of the above-entitled Court and action, in favor of TRUSTEES OF THE EMPLOYEE PAITERS' TRUST_____ as Judgment Creditor,

and against ALL CITY GLASS OF OREGON LLC, an Oregon Limited Liability Company; and

DOUGLAS T. WELLS, an individual_____ as Judgment Debtor, for

$ 10,285.40_____principal,

$ 5,426.25_____attorney fees,

$ 0_____interest, and

$ 0_____costs making a total of

$ 15,711.65_____JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

$ 1.68_____accrued interest, and

$ 1,865.18_____accrued costs and fees, making a total of

$ 1,866.86_____ACCRUED INTEREST, COSTS AND FEES.

---

[1] This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfactions in the amount of
$ 11,256.01   which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$_____ ACTUALLY DUE on the date issuance of this writ, of which

$4,455.64_____ is due on the Judgment as entered, and bears interest at .10% per annum, in the amount of $ 0.04 PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of any sale under the writ of execution ☐ has ☒ has not been requested.
The following named persons have requested such notice of sale:

NAME                                ADDRESS

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Judgment Creditor/Plaintiff will identify to the U.S. Marshal, Sheriff, Constable or his representative assets that are to be seized to satisfy the judgment/order.

YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal, Sheriff, Constable or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service, Sherriff or Constable's Office harmless of any liability that may be imposed as a result of the execution of the Judgment.

DATED: _____

MARY L. MORAN
Clerk, U.S. District Court

By:_____
        Deputy Clerk

[1] This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfactions in the amount of
 $ 11,256.01   which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$_____ ACTUALLY DUE on the date issuance of this writ, of which

$4,455.64_____ is due on the Judgment as entered, and bears interest at .10% per annum, in the amount of $ 0.04 PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of any sale under the writ of execution ☐ has ☒ has not been requested.
The following named persons have requested such notice of sale:

NAME                                        ADDRESS

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Judgment Creditor/Plaintiff will identify to the U.S. Marshal, Sheriff, Constable or his representative assets that are to be seized to satisfy the judgment/order.

YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal, Sheriff, Constable or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service, Sherriff or Constable's Office harmless of any liability that may be imposed as a result of the execution of the Judgment.

DATED: _____          MARY L. MORAN
                                     Clerk, U.S. District Court


                                     By:_____
                                          Deputy Clerk


[1] This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

# INSTRUCTIONS

## Affidavit and Request for Issuance of Writ of Execution

The attorney will complete **all** information on the Affidavit. Figures with regard to the amount due and owing shall be calculated **through** the date the affidavit is executed by the attorney.

**Writ of Execution**

The attorney will complete all information **except** the second blank on Page 2. This figure must be completed by the Clerk on the date of issuance of the Writ. (This procedure will allow the clerk to add in additional interest if the writ is not issued on the same day that the Affidavit is executed.)

(a)If the Writ is issued the same day the Affidavit is executed, the figure completed by the Clerk will be the **same figure as the second figure in Paragraph 4 of the Affidavit.**

(b)If the writ is issued on a date subsequent to the date the Affidavit is executed, the figure completed by the Clerk will be equal to the second figure in Paragraph 4 of the Affidavit **PLUS** the daily interest accrued since the date of execution of the Affidavit through and including the day of issuance of the Writ by the Clerk.

**EXAMPLE.** The attorney executes an Affidavit on the 15th day of the month indicating the amount actually due is $2,000.00, and the daily rate of interest per day is $5.00. The Writ is not issued by the Clerk until the 18th day of the month. The Clerk will complete the Writ to read:"2,015.00 ACTUALLY DUE, etc.", which represents the $2,000.00 ACTUALLY DUE on the 15th of the month, plus $15.00 (3 days' interest) for the 16th, 17th, and 18th days of the month.

\* \* \* \* \*