UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, PORTLAND DIVISION

TRUSTEES OF THE EMPLOYEE PAINTERS'
TRUST,

     Plaintiffs,

v.

ALL CITY GLASS OF OREGON LLC, an
Oregon Limited Liability Company; and
DOUGLAS T. WELLS, an individual,

     Defendants.

Case Number 3:20-cv-01629-BR

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

STATE OF NEVADA    )
                       ) ss.
                       )
COUNTY OF CLARK   )

I,    Michael A. Urban    , hereby state on oath:

1. Judgment for $15,711.65,, was entered on 1/14/21, in the docket of the above entitled Court

   action in favor of   TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST   as Judgment Creditor,

   and against  ALL CITY GLASS OF OREGON LLC, an Oregon Limited Liability Company; and

   DOUGLAS T. WELLS, an individual, as Judgment Debtors.

   (IF A REGISTERED JUDGMENT): Said Judgment was registered herein under Title 28, U.S.C.
   Sec. 1963, being a Judgment which was obtained in Civil Case No.  3:30-cv-01629-BR      in
   the U.S. District Court for the District of Oregon, Portland Division and which has become FINAL.

2. I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the
   Judgment.

3. ACCRUED since the entry of Judgment are the following sums:

   $ 2.28 [1]     accrued interest, computed at  0.10 % *

   $ 2,465.43     accrued costs and fees.

---

[1] This figure shall include interest through the day on which application is submitted.

*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ 11,256.01          which is to be first credited against the total accrued interest, costs and fees,

with any excess credited against the Judgment as entered, leaving a net balance of

$6,923.35   ACTUALLY DUE on this date. Of this total, $4,455.64  is the amount of the original

Judgment as entered still remaining due and bearing interest at .10% in the amount of $ 0.04  PER

DAY from this date:

DATED:  March 9, 2021

_____
Attorney for Judgment Creditor
Michael A. Urban, Oregon State Bar No. 165563
The Urban Law Firm
4270 S. Decatur Blvd. Suite A-9
Las Vegas, NV 89103

SUBSCRIBED and SWORN to before me
this _____9_____ day of march ,2021 .

_____
NOTARY PUBLIC in and for the County of
Clark, State of Nevada.
(SEAL)

> **ANGELA BUFFKIN**
> Notary Public, State of Nevada
> No. 19-9313-01
> My Appt. Exp. Sept. 23, 2023

[1] This figure shall include interest through the day on which application is submitted.