Michael A. Urban, OSB No. 165563
THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Phone: (702) 968-8087
Fax: (702) 968-8088
murban@theurbanlawfirm.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, Plaintiffs, v. ALL CITY GLASS OF OREGON LLC, an Oregon Limited Liability Company; and DOUGLAS T. WELLS, an individual, Defendants. | CASE NO: 3:20-cv-01629-BR  **FULL SATISFACTION OF JUDGMENT** |
|---|---|

Plaintiffs / Judgment Creditors, by and through their attorney undersigned, acknowledges full satisfaction of the Judgment entered in the above-entitled action on January 14, 2021 in favor of Plaintiffs and against ALL CITY GLASS OF OREGON LLC; and DOUGLAS T. WELLS (ECF 13). The Clerk of the above-entitled Court is hereby authorized and requested to enter full satisfaction of said Judgment on the docket.

/ / /


/ / /


Page 1 – FULL SATISFACTION OF JUDGMENT

THE URBAN LAW FIRM
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
(702) 968-8087 Fax: (702) 968-8088

Dated: August 12, 2021

THE URBAN LAW FIRM

_____
Michael A. Urban, Esq. WSBA No. 20251
720 N. 10th Street, A #389
Renton, WA 98057
P. (702) 968-8087
murban@theurbanlawfirm.com


STATE OF:    NEVADA
COUNTY OF:   CLARK

I, Michael A. Urban, declare under perjury under the laws of the State of Washington, that the foregoing document attached to this declaration is a complete and legible image that I have examined personally and signed.

_____
Michael A. Urban

I certify that I know or have satisfactory evidence that Michael A. Urban is the person who appeared before me, and said person acknowledged he signed the instrument and acknowledged it to be his free and voluntary act for the use and purpose mentioned in this instrument.

Subscribed and sworn to before me this _12_ day of _August_, 2021

_Angela Buffkin_
(NOTARY SEAL)

ANGELA BUFFKIN
Notary Public, State of Nevada
No. 19-9313-01
My Appt. Exp. Sept. 23, 2023

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 – FULL SATISFACTION OF JUDGMENT

## CERTIFICATE OF FILING

THE UNDERSIGNED HEREBY CERTIFIES that on the 12th day of August 2021, she filed the above and foregoing a true and correct copy of the foregoing **FULL SATISFACTION OF JUDGMENT AGAINST DEFENDANTS**, via the Court's CM/ECF. She also certifies that she mailed a copy of this document and all attachments to the judgment debtors at their last known addresses:

ALL CITY GLASS OF OREGON LLC and DOUGLAS T. WELLS
27700 S. Hwy 213
Mulino, OR 97042

                            /s/ Kerri Carder-McCoy
                            An employee of **THE URBAN LAW FIRM**

188697